**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:  Case #17-14246-EPK
**Debtor:** Linda Ricer  Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 12-14-2018 and the following parties were present:

1. [ x ] The Debtor: Linder Ricer &Jimmy Ricer (son)
2. [ x ] The Debtor's Attorney: Harry Ross
3. [ x ] The Lender's Representative: Chris Perez
4. [ x ] The Lender's Attorney: Teresa Hair

**B.** The final MMM conference was scheduled for 12-14-2018 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 12.17.18          Signature of Mediator: _____ //s// Christian McCue
                         Printed Name: Christian McCue
                         Address: 6245 N Federal Hwy # 418 Ft. Lauderdale, FL 33308
Copies To:               Phone: (954) 267-9377
[All Parties to Mediation]   Email: christian.mccue@mccuelaw.com