UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  CASE NO: 17-14246-EPK
CHAPTER 13

LINDA B RICER,

     Debtor.
_____/

MOTION TO DISMISS CHAPTER 13 CASE FOR
FOR FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN

     Wells Fargo Bank, N.A., its successors and/or assigns ("Secured Creditor"), by and through its undersigned counsel, moves, pursuant to Bankruptcy Code §1307(c)(6), to dismiss this Chapter 13 case for failure to comply with the Order Confirming Plan and states:

     1.     On April 5, 2017, Linda B Ricer (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

     2.     Secured Creditor holds a security interest in the Debtor's real property located at 748 West Camino Real, Boca Raton, FL 33486 (the "Property"), for which Secured Creditor holds Claim No. 1-1 ("Claim"). The Claim evidences an arrearage of $39,915.98 and post-petition monthly payment of $2,077.62.

     3.     The Court confirmed [ECF No. 68] the Debtor's Fourth Amended Chapter 13 Plan [ECF No. 65] ("Confirmed Plan") on February 26, 2018. The Confirmed Plan provides Secured Creditor with Mortgage Modification Mediation ("MMM") payments of $566.51 for months 1 to 36 pending the outcome of mediation.

     4.     On December 17, 2018, the Mediator filed the Final Report of Loss Mitigation/Mortgage Modification Mediator Report [Agreement Not Reached][ECF No. 80] evidencing that the parties failed to reach an agreement.

B&S File No.: 16-F06294

5.  Pursuant to the MMM provisions in the Confirmed Plan, if the parties fail to reach an agreement, the Debtors have <u>14 days</u> after the Mediator's Final Report to modify the plan to either conform to the Claim or provide that the Property will be surrendered.

6.  The Debtor has not moved to modify the Confirmed Plan.

7.  Secured Creditor seeks dismissal of this Chapter 13 case under Bankruptcy Code §1307(c)(6) as the Debtors have materially defaulted under the terms of the Confirmed Plan.

**WHEREFORE**, Secured Creditor prays that this Court enter an Order Dismissing the Chapter 13 Case, with prejudice, and grant any such further relief that his Court deems just and proper.

> BROCK & SCOTT, PLLC
> Attorney for Secured Creditor
> 2001 NW 64th Street, Suite 130
> Ft. Lauderdale, FL 33309
> Phone: (954) 618-6955 Ext: 4773
> Fax: 954-618-6954
> Floridabklegal@Brockandscott.com
>
> /s/ Teresa M. Hair
> _____
> Teresa M. Hair, Esquire
> Florida Bar No.: 44079

B&S File No.: 16-F06294

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Linda B Ricer, 748 Camino Real, Boca Raton, FL 33486 Harry J Ross, Esq., 6100 Glades Rd #211, Boca Raton, FL 33434, Robin R Weiner, Trustee, POB 559007, Fort Lauderdale, FL 33355, Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this January 31, 2019.

        BROCK & SCOTT, PLLC
        Attorney for Secured Creditor
        2001 NW 64th Street, Suite 130
        Ft. Lauderdale, FL 33309
        Phone: (954) 618-6955 Ext: 4773
        Fax: 954-618-6954
        Floridabklegal@Brockandscott.com

        /s/ Teresa M. Hair
        _____
        Teresa M. Hair, Esquire
        Florida Bar No.: 44079

B&S File No.: 16-F06294