

**ORDERED in the Southern District of Florida on March 5, 2019.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                                      CASE NO: 17-14246-EPK
                                                                            CHAPTER 13
LINDA B RICER,

      Debtor
_____/

**AGREED ORDER CONTINUING MOTION TO DISMISS CHAPTER 13
CASE FOR FAILURE TO COMPLY WITH THE ORDER CONFIRMING PLAN**

**THIS CASE** is before the Court upon the *Motion to Dismiss Chapter 13 Case for Failure to Comply with the Order Confirming Plan* (Doc 81) (the "Motion") filed by Wells Fargo Bank, N.A. (Secured Creditor), its successors and/or assigns. The parties having agreed to the entry of this order, and the Court being otherwise duly advised in the premises, it is:

**ORDERED:**

1    Motion to Dismiss Chapter 13 Case for Failure to Comply with the Order Confirming Plan is Continued to April 9, 2019 at 1:00 P.M. before Honorable Erik P. Kimball, Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL,

33401.

2.      The hearing scheduled for March 11, 2019 at 1:00 P.M. on the Dismiss Chapter 13 Case for Failure to Comply with the Order Confirming Plan (Doc. 81) is cancelled.

###

**Order submitted by:**

Teresa M. Hair, Esquire
Attorney for Movant
Brock & Scott, PLLC
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: (954) 618-6955 Ext: 4773
Floridabklegal@Brockandscott.com

**Teresa M. Hair, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.**

Linda B Ricer, 748 Camino Real, Boca Raton, FL 33486
Harry J Ross, Esq, 6100 Glades Rd #211, Boca Raton, FL 33434
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130